596

the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Adolph R. Jobson, Raymond J. Kelly,* and *John Atkinson* for petitioner. *Mr. Thomas H. Garry* for respondent.

No. 202. STONE ET AL., TRUSTEES, *v.* WHITE, FORMER COLLECTOR OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Thomas Allen* for petitioners. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Joseph M. Jones* for respondent.

No. 204. CROCKER ET AL. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. S. Milton Simpson* and *George E. Cleary* for petitioners. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 219. FABER, EXECUTOR, *v.* UNITED STATES. October 14, 1935. Petition for writ of certiorari to the Court of Claims denied. *Mr. George H. Emerson* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for the United States.

No. 205. SIMMS ET AL. *v.* ELYRIA SAVINGS & TRUST Co. October 14, 1935. Petition for writ of certiorari